UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL'S FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FBI SPECIAL AGENT CHAD OAKES, *et al.* <br><br> Defendants. | Civil Action No.: 1:25-cv-12975-MPK |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT TOWN OF MARBLEHEAD AND
DEFENDANT MARBLEHEAD MUNICIPAL LIGHT DEPARTMENT

Plaintiffs St. Paul's Foundation, Inc.; Shrine of St. Nicholas the Wonderworker, Patron of Sailors, Brewers, and Repentant Thieves; Marblehead Brewing Co. LLC; and Brian Andrew Bushell, *in religion,* Father Andrew (collectively, "Plaintiffs"), by and through counsel, hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of voluntary dismissal of all claims against Defendant Town of Marblehead and Defendant Marblehead Municipal Light Department ("Light Department") without prejudice.

I.      LEGAL BASIS

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

**As to the Town of Marblehead:** The Town has not made an appearance in this action. Accordingly, the Town has served neither an answer nor a motion for summary judgment. Plaintiffs retain the right to dismiss claims against the Town without court order under Rule 41(a)(1)(A)(i).

**As to the Light Department:** The Light Department served a motion to dismiss under Fed. R. Civ. P. 12(b)(6) (ECF No. 7). A motion to dismiss is not an "answer" within

the meaning of Rule 41(a)(1)(A)(i); nor has the Light Department served a motion for summary judgment.

> Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment. This provision intends to preserve a plaintiff's right to unilaterally dismiss an action and, at the same time, limit that right to an early stage of the litigation. *United Sur. & Indem. Co. v. Yabucoa Volunteers of Am. Elderly Hous.,* 306 F.R.D. 88, 89 (D.P.R. 2015)

Accordingly, Plaintiffs retain the right to dismiss claims against the Light Department without court order under Rule 41(a)(1)(A)(i).

## II.     EFFECT OF DISMISSAL

This Notice dismisses without prejudice: (a) Count 1 (RLUIPA) as asserted against the Town of Marblehead; (b) Count 2 (42 U.S.C. § 1983) as asserted against the Town of Marblehead; (c) Count 3 (42 U.S.C. § 1985(3)) as asserted against the Town of Marblehead; (d) Count 4 (42 U.S.C. § 1986) as asserted against the Town of Marblehead; and (e) all claims as asserted against Defendant Marblehead Municipal Light Department. The pending motion to dismiss filed by Defendant Marblehead Municipal Light Department (ECF No. 7) is mooted by this dismissal.

All claims against federal defendants FBI Special Agent Chad Oakes, VA OIG Special Agent Robert Boskin, Former FBI Special Agent Joseph R. Bonavolonta, Federal Agents 1-10, and the United States Department of Justice remain pending.

DATED:  December 4, 2025            Respectfully submitted,

/s/ Tracey M.A. Stockton
Tracey M.A. Stockton (BBO No. 568495)
*Counsel for Plaintiffs*
22 Endicott Avenue
Marblehead, Massachusetts 01945
617-800-3979

## CERTIFICATE OF SERVICE

    I, Tracey M.A. Stockton, hereby certify that on December 4, 2025, I caused a copy of the foregoing Notice of Voluntary Dismissal to be served electronically on all parties who are registered participants of the Court's CM/ECF system.

                                   <u>/s/ Tracey M.A. Stockton</u>
                                   Tracey M.A. Stockton