**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ST. PAUL'S FOUNDATION, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>FBI SPECIAL AGENT CHAD OAKES, *et al.*<br><br>Defendants. | Civil Action No.:  25-cv-12975-MPK |

**MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO MOTION TO DISMISS OF FEDERAL DEFENDANTS (ASSENTED TO, *IN PART*)**

Pursuant to USCS Fed Rules Civ Proc R 6(b)(1)(A) and Local Rule of the District of Massachusetts 7.1, Plaintiff respectfully moves this Court to extend the time within which to respond to Motion to Dismiss of Defendants FBI Special Agent Chad Oakes, VA OIG Special Agent Robert Boskin, Former FBI Special Agent Joseph R. Bonavolonta, and United States Department of Justice (collectively, "Federal Defendants"). Counsel for Federal Defendants filed Motion to Dismiss on January 12, 2026 under ECF No.:  14. Pursuant to Plaintiffs' Motion to Extend dated January 20, 2026 (ECF No.:  16) and minute Order dated January 21, 2026 (ECF No.: 17) entered thereon, Plaintiffs' response to Federal Defendants Motion to Dismiss is due on or before February 25, 2026.

Pursuant to USCS Fed Rules of Civ Proc R 6(b)(1)(A), Plaintiff hereby requests second extension of time to respond to Motion to Dismiss of Federal Defendants through and including April 25, 2026. In accordance with Local Rule of the District of Massachusetts 7.1, Plaintiff Egypt House sought consent of counsel for Federal Defendants who assented to a fourteen-day extension. Plaintiff respectfully requests this Court issue an Order permitting an extension of

1

time for the purpose of responding to the subject Motion to Dismiss through and including

April 25, 2026.

DATED:  February 19, 2026                    Respectfully submitted,

<u>/s/Tracey M.A. Stockton</u>
Tracey M.A. Stockton (MA Bar No.: 568495)
Admitted before the United States District Court,
Massachusetts District

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF electronic filing system upon all counsel of record.

/s/Tracey M.A. Stockton
Tracey M.A. Stockton