## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL'S FOUNDATION, *et al.,*<br>    Plaintiffs,<br><br>                    v.<br>FBI SPECIAL AGENT CHAD OAKES, *et al.*<br>        Defendants. | Civil Action No.:  1:25-cv-12975-MPK |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs St. Paul's Foundation, Inc.; Shrine of St. Nicholas the Wonderworker, Patron of Sailors, Brewers, and Repentant Thieves; Marblehead Brewing Co. LLC; and Brian Andrew Bushell, *in religion,* Father Andrew (collectively, "Plaintiffs"), by and through counsel, hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of voluntary dismissal of all claims against Defendants Chad Oakes, Robert Bosken, Joseph Bonavolonta, United States Department of Justice, Town of Marblehead, and Marblehead Municipal Light Department, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without prejudice.

### I.      LEGAL BASIS

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

**As to Defendants Chad Oakes, Robert Bosken, Joseph Bonavolonta, United States Department of Justice, and Marblehead Municipal Light Department:** the foregoing Defendants served motions to dismiss under Fed. R. Civ. P. 12(b)(6) (ECF No. 7). A motion to dismiss is not an "answer" within the meaning of Rule 41(a)(1)(A)(i); nor have any of the subject Defendants served a motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment. This provision intends to preserve a plaintiff's right to unilaterally dismiss an action and, at the same time, limit that right to an early stage of the litigation. *United Sur. & Indem. Co. v. Yabucoa Volunteers of Am. Elderly Hous.,* 306 F.R.D. 88, 89 (D.P.R. 2015)

Accordingly, Plaintiffs retain the right to dismiss claims against Defendants Chad Oakes, Robert Bosken, Joseph Bonavolonta, United States Department of Justice, and the Marblehead Municipal Light Department without court order under Rule 41(a)(1)(A)(i).

## II.      EFFECT OF DISMISSAL

This Notice dismisses without prejudice all Counts brought under Verified Complaint (ECF No.:  2). The pending motion to dismiss filed by Defendants Chad Oakes, Robert Bosken, Joseph Bonavolonta, and United States Department of Justice (ECF No.:  14) is mooted by this dismissal.

The Town of Marblehead has not made an appearance in this action. Accordingly, the Town has served neither an answer nor a motion for summary judgment. Plaintiffs retain the right to dismiss claims against the Town without court order under Rule 41(a)(1)(A)(i).

All claims against Defendant Marblehead Municipal Light Department were dismissed pursuant to Notice of Voluntary Dismissal (ECF No.:  9); therefore, the entirety of the Verified Complaint (ECF No.:  2) is hereby dismissed in its entirety without prejudice.

DATED:  March 4, 2026                    Respectfully submitted,

/s/ Tracey M.A. Stockton
Tracey M.A. Stockton (BBO No. 568495)
*Counsel for Plaintiffs*
22 Endicott Avenue
Marblehead, Massachusetts 01945
617-800-3979

**CERTIFICATE OF SERVICE**

I, Tracey M.A. Stockton, hereby certify, on March 4, 2026, I caused a copy of the foregoing Notice of Voluntary Dismissal to be served electronically on all parties who are registered participants of the Court's CM/ECF system.


<u>/s/ Tracey M.A. Stockton</u>
Tracey M.A. Stockton